IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS ERNESTO VALDEZ DIAZ, | ) | 8:14CV149 |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CONSUELO ESPINOZA REYNA, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

Petitioner, pursuant to this Court's Local Rule 5.3(c), has filed a Motion (Filing 9) for an Order Restricting Access to Petitioner's Index of Evidence (Filing 10); a Motion (Filing 9) to Withdraw Petitioner's previous Motion to File Documents Under Seal (Filing 4); and a Motion for Leave to Proceed In Forma Pauperis (Filing 2).

Because the personal identifiers which normally would be redacted pursuant Rule 5.2 of the Federal Rules of Civil Procedure would eliminate information necessary for this Court's proper consideration of the Petitioner's Verified Complaint, Motion for a Temporary Restraining Order, and supporting brief, Petitioner's Motion for an Order Restricting Access shall be granted.  Further, I find that Petitioner is entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly,

IT IS ORDERED:

1.      Petitioner's Motion (Filing 9-2) for an Order Restricting Access to Petitioner's Index of Evidence is granted, and access to Petitioner's Index of Evidence (Filing 10) is limited to the parties, their attorneys, and the Court;

2.      Petitioner's Motion (Filing 9-1) to Withdraw Petitioner's previous Motion to File Documents Under Seal is granted, and  Petitioner's previous Motion to File Documents Under Seal (Filing 4) is denied as moot;

3.      Petitioner's Motion for Leave to Proceed In Forma Pauperis (Filing 2) is granted;

4.      The Court is currently considering Petitioner's request for appointment of an interpreter and will issue an order within the near future.

**SO ORDERED** this 15th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge