IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS ERNESTO VALDEZ DIAZ, | ) | 8:14CV149 |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CONSUELO ESPINOZA REYNA, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

Having secured permission from the Chief Judge,

IT IS ORDERED that:

(1) Berta Biritos is appointed as interpreter for the court in this matter.

(2) The Federal Practice Fund shall be used to pay for this appointment in the sum not to exceed $1,600.00.

(3) Within thirty (30) days of the completion of this matter, or at intervals prior thereto, the interpreter shall submit a detailed invoice seeking payment.

(4) The Clerk of Court shall provide a copy of this order to Berta Biritos.

**SO ORDERED** this 19th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge