IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS ERNESTO VALDEZ DIAZ, | ) | 8:14CV149 |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CONSUELO ESPINOZA REYNA, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

Because of the anticipated length of the hearing in this case (all day), and pursuant to the inherent authority vested in me to do justice,

IT IS ORDERED that:

(1) Laura Garcia-Hein shall serve, with Berta Biritos, as the court's interpreter. Other than her salary from the court, Ms. Garcia-Hein will not be paid.

(2) The Clerk of Court shall provide a copy of this order to Laura Garcia-Hein and Berta Biritos.

Dated this 20th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge