IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS ERNESTO VALDEZ DIAZ, | ) | 8:14CV149 |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CONSUELO ESPINOZA REYNA, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

After consultation with Chief Judge Smith Camp, and with her approval, and pursuant to Federal Rule of Civil Procedure 17(c), the *Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee*, ¶ II.A.1.c and the inherent authority of this Court,

IT IS ORDERED that:

1. Kara J. Ronnau, a lawyer with the Cline Williams law firm, 1900 U.S. Bank Building, 233 South 13th Street, Lincoln, Nebraska 68508, 402-474-6900, is appointed as Guardian Ad Litem for the minor child and as the attorney for the Guardian Ad Litem. Ms. Ronnau shall be paid $160.00 per hour plus her reasonable expenses. She shall submit interim bills to the undersigned commencing no later than 90 days after the entry of this order and every 90 days thereafter. I reserve the right to tax the fees and expenses of Ms. Ronnau as sanctions or costs against one or both parties.

2. At present, Ms. Ronnau is directed to familiarize herself with the file, the applicable procedural and substantive law, and to appear at the hearing scheduled for Wednesday, May 28, 2014, commencing at 9:00 a.m., in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. She shall take no further action at this time.

3. Ms. Ronnau shall not interview the minor child or the plaintiff or the defendant at this time.

4.     The undersigned will provide Ms. Ronnau with further directions following the hearing mentioned in paragraph 2.

5.     Ms. Ronnau shall promptly enter her appearance.

6.     The Clerk is directed to make all restricted or sealed documents available to Ms. Ronnau.

7.     The Clerk shall provide a copy of this Order to Chief Judge Smith Camp and Pat Williamson.

DATED this 21st day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.