IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLOS ERNESTO VALDEZ DIAZ, ) <br> ) <br> Plaintiff/Petitioner, ) <br> ) <br> V. ) <br> ) <br> CONSUELO ESPINOZA REYNA, ) <br> ) <br> Defendant/Respondent, ) <br> ) <br> And ) <br> ) <br> KARA J. RONNAU, Guardian Ad Litem for ) <br> the minor child. ) <br> ) <br> ) | 8:14CV149 <br><br> ORDER |

It appears that the Respondent, Consuelo Espinoza Reyna, may be indigent and in need of counsel. After consultation with Chief Judge Smith Camp, and with her approval, and pursuant to the *Amended Plan for the Administration of the Federal Practice Fund and the Federal Practice Committee*, ¶ II.A.1.a, and the inherent authority of this Court,

IT IS ORDERED that:

1. Raul F. Guerra, a lawyer with the Monzon law firm, 650 J Street, Suite 401, Lincoln, NE 68508-2924, 402-477-8188, is appointed as standby counsel for Consuelo Espinoza Reyna with the likelihood that Mr. Guerra will be appointed as regular counsel at the hearing described below. Mr. Guerra shall be paid a total of $2,000 in fees plus reasonable expenses, and the Clerk shall pay to Mr. Guerra $1,000 of that sum at this time with the balance of the fees and any expenses to be paid at the conclusion of the case. I reserve the right to tax the fees and expenses of Mr. Guerra as sanctions or costs against one or both parties.

2. At present, Mr. Guerra is directed to familiarize himself with the file, the applicable procedural and substantive law, and to appear at the hearing scheduled for

Wednesday, May 28, 2014, commencing at 9:00 a.m., in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. He shall take no further action at this time.

    3.    Mr. Guerra shall promptly enter his appearance.

    4.    The Clerk is directed to make all restricted or sealed documents available to Mr. Guerra.

    5.    The Clerk shall provide a copy of this Order to Chief Judge Smith Camp and Pat Williamson.

DATED this 21st day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge