IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **Carlos Ernesto Valdez Diaz,** <br><br> Plaintiff/Petitioner, <br><br> v. <br><br> **Consuelo Espinoza Reyna,** <br><br> Defendant/Respondent, <br><br> And, <br><br> **Kara J. Ronnau, Guardian Ad Litem.** | **Civil Action File No.: 8:14-cv-00149** |

**SETTLEMENT ORDER INCLUDING RELEASE OF TRAVEL DOCUMENTS**

At 1:30 PM on Tuesday, May 27, 2014, I conferred by telephone with counsel for the parties including: Marian G. Heaney and Liliana E. Shannon, counsel for Plaintiff; Ashley R. Trankle, retained counsel for Defendant; Raul F. Guerra, standby counsel for Defendant, appointed by the Court; and Kara J. Ronnau, in her capacity as Court-appointed Guardian Ad Litem and also serving as the Guardian's counsel.

Ms. Heaney and Ms. Trankle advised the matter has been settled, and that the minor child will accompany his father, the Plaintiff, to Mexico on May 28, 2014. In order to effectuate that travel, it is necessary to return the travel documents currently held by the Clerk to Plaintiff, or to counsel for the Plaintiff.

After a thorough discussion, and there being no objection,

IT IS ORDERED that:

1

1. No later than the close of business on Thursday, May 29, 2014, counsel for the Plaintiff and counsel for Defendant shall file the written settlement agreement in the Court file. The document shall be restricted but not sealed. After it is filed, it is the present intention of the Court to approve the settlement agreement, order the parties to perform the terms, retain jurisdiction to enforce the terms, and enter judgment terminating this case accordingly.[1]

2. Notwithstanding the fact that the settlement agreement may not yet have been filed in the court record, the minor child shall accompany his father, the Plaintiff, to Mexico on May 28, 2014. The Defendant shall cooperate in that endeavor. The Court retains jurisdiction over this matter in the interim.

3. The Clerk shall return the travel documents to Plaintiff or his counsel. The Plaintiff or counsel should come to the Clerk's window in Omaha, Nebraska, on Wednesday morning, May 28, 2014, to receive the documents.

4. The hearing scheduled for 9:00 AM, Wednesday, May 28, 2014 is cancelled. Nevertheless, and until further order of the Court, all provisions of the temporary restraining order remain in effect to the extent not inconsistent with this order.

May 27, 2014

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] Once the judgment is entered, Kara J. Ronnau's duties cease and she should submit her letter to me making claim for fees and expenses under the Federal Practice Fund. Once the judgment is entered, Raul F. Guerra's duties cease. Mr. Guerra has advised me that the initial advance of $1,000 under the Federal Practice Fund is sufficient and no further disbursements are required. I thank each of these fine lawyers for their assistance to this Court.