IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **Carlos Ernesto Valdez Diaz**<br><br>    **Plaintiff/Petitioner,**<br><br>**v.**<br><br>**Consuelo Espinoza Reyna,**<br><br>    **Defendant/Respondent.** | **Civil Action File No.: 8:14-cv-00149** |

**ORDER DISMISSING VERIFIED COMPLAINT, APPROVING SETTLEMENT AND RETAINING JURISDICTION FOR ENFORCEMENT OF THE SETTLEMENT AGREEMENT**

This matter came before the Honorable Richard G. Kopf on May 27, 2014 for a telephone pre-hearing conference. Counsel for Plaintiff, Liliana Shannon and Marian Heaney, were present. Counsel for Defendant, Ashley Trankle, was present. Kara Ronnau, the Guardian ad Litem and Raul Guerra, stand-by counsel for Defendant were present.

Counsel for the Parties outlined the general terms of the settlement agreement. The Court finds specifically that the terms and end result of the agreement, the return of the child to his native country, is consistent with the Hague Convention under which the Verified Complaint was filed. Consequently, the Court rules as follows:

1. The Settlement agreement reached by the Parties is approved by the Court;

2. The Verified Complaint is dismissed;

3. The Court Orders the Parties to abide by the Settlement Agreement;

4. The Clerk of Court shall release the Respondent's travel documents to her counsel, Ashley Trankle forthwith; and

5. The Court retains jurisdiction of this matter solely for purposes of enforcing the settlement agreement.

**SO ORDERED** this 28th day of May, 2014, at 1:45 p.m.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge