IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARLOS ERNESTO VALDEZ DIAZ, | ) | 8:14CV149 |
| | ) | |
| Plaintiff/Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CONSUELO ESPINOZA REYNA, | ) | |
| | ) | |
| Defendant/Respondent. | ) | |

IT IS ORDERED that:

(1)     The Clerk shall file the attached bill for services rendered.

(2)     The Clerk shall forward this Order and the attached bill for services rendered to Pat Williamson or Terry Brownfield.

(3)     From the Federal Practice Fund, the bill for services rendered shall be promptly paid.

(4)     The Court thanks Ms. Ronnau for her assistance.

June 10, 2014.                          BY THE COURT:

                                        *Richard G. Kopf*
                                        Senior United States District Judge